464 A.2d 542

Commonwealth v. Linder, Appellant.

 Argued May 19, 1983. Timothy C. Ficchi, for appellant; Michael Clarke, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and BROSKY, JJ.

The judgment of sentence is affirmed.

464 A.2d 542

Commonwealth v. McCullough, Appellant.

 Argued June 7, 1983. Jay Stuart Nedell, for appellant; Shad Connelly, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., SPAETH and HESTER, JJ.

The judgment of sentence of the lower court is affirmed.